UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| BRUCE PARKS, | ) |  |
|---|---|---|
| *Plaintiff,* | ) |  |
| v. | ) | Case No. 1:22-cv-181 |
| NECX WARDEN BERT BOYLD, | ) | Judge Atchley |
| BCCX WARDEN COBBLE, and | ) | Magistrate Judge Lee |
| BCCX WARDEN PHILLIPS, | ) |  |
| *Defendants.* | ) |  |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and his motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED** as moot. Plaintiff is **ASSESSED** the filing fee of $402.00. The Clerk is **DIRECTED** to provide a copy of the Memorandum Opinion and this Order to the Court's financial deputy and the Sheriff of Bledsoe County, Tennessee.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT